# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:
**Malcolm A. James Sr. and Lisa A. James**
   Debtors

Case No.:  18−20420−MJK
Judge:  Michele J. Kim
Chapter:  13

## NOTICE OF HEARING

Notice is given that a Hearing will be held on:

*September 17, 2019 , at 09:00 AM*
*U. S. Courthouse, 801 Gloucester St., 3rd Floor Courtroom, Brunswick, GA*

to consider and act upon the following:

Debtors' Objection to Notice of Post−petition Mortgage Fees, Expenses, and Charges related to Claim No. 38 of Bank of America, NA

*Lucinda Rauback, CLERK*
United States Bankruptcy Court
801 Gloucester St, Rm 314
Brunswick, GA 31520

Dated **August 20, 2019**

*B−33 [Rev. 05/12]* **JMB**